UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON GERAY, | ) | CV F- 03-5890 AWI DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO |
| | ) | SUBMIT SERVICE DOCUMENTS |
| v. | ) | |
| | ) | |
| J.R. ANDREWS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

Pending before the Court is plaintiff's amended complaint, filed August 21, 2003. The amended complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) for denial of outdoor exercise in violation of the Eighth Amendment.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Captain Andrews, Warden Scribner, Chief Deputy Warden Yamamoto, Lieutenant Mazon-Alec, Sergeant Bebe, Sergeant Weaver, Sergeant Galaviz, Correctional Officer Hernandez, and Correctional Officer Berry of Corcoran State Prison.

2. The Clerk of the Court shall send plaintiff nine (9) USM-285 forms, nine (9)

summons, an instruction sheet and a copy of the amended complaint filed August 21, 2003.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. TEN (10) copies of the endorsed complaint filed August 21, 2003.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of this action. Local Rule 11-110.

IT IS SO ORDERED.

**Dated:**    **May 15, 2006**            **/s/ Dennis L. Beck**
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE