UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GERAY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J.R. ANDREWS, et al.,<br><br>　　　　　Defendants. | CV F- 03-5890 AWI DLB P<br><br>ORDER REQUIRING ATTORNEY GENERAL TO RE-SERVE MOTION TO DISMISS |

　　　　Plaintiff is a former state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.

　　　　On October 17, 2006, defendants filed a motion to dismiss this action based on plaintiff's alleged failure to exhaust administrative remedies. Since that time, plaintiff has filed four changes of address. On March 20, 2007, plaintiff advised the Court that he did not have a complete copy of the motion to dismiss. So that plaintiff has an opportunity to file an opposition to the motion and the Court can rule on the motion with the benefit of both parties' briefing, defendants are HEREBY ORDERED to reserve the motion to dismiss on plaintiff at his current address. Plaintiff is ordered to file his opposition to the motion within 30 days of re-service of the motion.

　　　　IT IS SO ORDERED.

1   **Dated:   March 21, 2007**              **/s/ Dennis L. Beck**
3c0hj8                                      UNITED STATES MAGISTRATE JUDGE