IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GERAY, ) | 1: 03-cv-5890 AWI DLB P |
| Plaintiff, ) | ORDER ADOPTING FINDINGS |
| v. ) | AND RECOMMENDATIONS AND |
| ) | GRANTING MOTION TO DISMISS |
| J.R. ANDREWS, et al., ) | (Document #41) |
| Defendants. ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. section 1983. On August 2, 2007, the Magistrate Judge filed Findings and Recommendations that recommended Defendants' motion to dismiss be granted and this action be dismissed because Plaintiff did not exhaust his administrative remedies. The Findings and Recommendations gave the parties until August 27, 2007, to file objections. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis. As found by the Magistrate Judge, "[n]o action shall be brought with respect to prison conditions under [42

U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a); Booth v. Churner, 121 S. Ct. 1819, 1821, 1825 (2001).

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued by the Magistrate Judge on August 2, 2007 are adopted in full;
2. Defendants' motion to dismiss is GRANTED;
3. This action is DISMISSED without prejudice; and
4. The Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:** **September 5, 2007**         /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

2